IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERESA L. SHARP                                                                                    PLAINTIFF

                v.                                        Civil No. 06-4087

MICHAEL J. ASTRUE[1], Commissioner
Commissioner, Social Security Administration                                         DEFENDANT

## MEMORANDUM OPINION

Now on this 16th day of February 2007, there is pending before the undersigned, the Defendant's Motion To Remand, filed herein on February 12, 2007, by the Commissioner of Social Security (hereinafter "Commissioner") (Doc. #10). To date, no Response has been filed by the plaintiff.

In the instant motion, the defendant asserts that reversal of her decision, and remand of this matter are necessary, in that the Commissioner wishes to conduct further administrative proceedings. Specifically, the Commissioner states:

> The Appeals Council wishes to remand this case to the ALJ to reconsider additional evidence submitted by Plaintiff's treating physician, Ivy V. McGee-Reed, M.D. At the same time, the ALJ will be directed to clarify/resolve the inconsistency between the unfavorable decision dated February 22, 2006, and the information given to Congressman Mike Ross on the same date indicating that favorable action had been taken.

(Doc. #10).

Further, the Commissioner submits that this matter may be reversed and remanded pursuant to sentence four, 42 U.S.C. § 405(g). (Doc. #10). Sentence four provides:

> The court shall have the power to enter, upon the pleadings and transcript of the

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing.

42 U.S.C. § 405(g).

Accordingly, we conclude that the defendant's motion requesting reversal of the decision and remand is well taken. The Commissioner's decision is reversed and this matter is hereby remanded, pursuant to sentence four, 42 U.S.C. § 405(g), for further proceedings. In addition, the undersigned finds that the plaintiff's Complaint should be and hereby is dismissed without prejudice to the subsequent filing for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. A separate Judgment shall be entered herein pursuant to Fed. R. Civ. P. 58 and 52.

The motion to dismiss previously filed on January 11, 2007 by the Defendant shall become moot upon remand. (Doc. # 8).

IT IS SO ORDERED.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE