IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERESA L. SHARP                                                                               PLAINTIFF

        v.                    Civil No. 06-4087

MICHAEL J. ASTRUE[1], Commissioner
Commissioner, Social Security Administration                                    DEFENDANT

## JUDGMENT

    Comes now the Court on this 16th day of February 2007, in accordance with the Memorandum and Order filed in the above styled case on today's date, and hereby considers, orders and adjudges that the Commissioner's Motion To Remand, is granted.  (Doc. #10).  The decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, 42 U.S.C. § 405(g).

    Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer*, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993), a petition for attorney's fees under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes final.

    IT IS SO ORDERED.

                                                                   /s/ *J. Marschewski*
                                                               HON. JAMES R. MARSCHEWSKI
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.